JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIANA OLAVARRE,<br><br>    Plaintiff,<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.;<br>DOES I-X, inclusive, and ROE<br>CORPORATIONS I-X, inclusive,<br><br>    Defendants. | CASE NO. 2:17-cv-02455-APG-CWH<br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, MARIANA OLAVARRE, by and through her attorney of record, ALEX DE CASTROVERDE, ESQ. of DE CASTROVERDE LAW GROUP and Defendant SMITH'S FOOD & DRUG CENTERS, INC., by and through its attorney of record, JERRY S. BUSBY, Esq. of COOPER LEVENSON, P.A. as follows:

    1.    Plaintiff MARIANA OLAVARRE'S claims herein against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

/ / /

/ / /

/ / /

/ / /

/ / /

2. That any pending deadlines established by the Court and/or any hearings be vacated.

Respectfully submitted this 10 day of July, 2018.

DE CASTOVERDE LAW GROUP                COOPER LEVENSON, P.A.


_M-L Matz- for 14583_                    _Corey Mum, #7094_
ALEX DE CASTROVERDE, ESQ.              JERRY S. BUSBY, ESQ.
Nevada Bar No. 006950                  Nevada Bar No. 001107
1149 South Maryland Parkway            1835 Village Center Circle
Las Vegas, Nevada 89104                Las Vegas, Nevada 89134
(702) 383-0606                         (702) 366-1125
Attorneys for Plaintiff                Attorneys for Defendant
MARIANA OLAVARRE                       SMITH'S FOOD & DRUG CENTERS, INC.



    IT IS HEREBY ORDERED that this case is dismissed with prejudice, each party
to bear their own fees and costs.



                              _____
                              UNITED STATES DISTRICT COURT JUDGE
                              Dated: July 25, 2018.

CLAC 4107471.1